**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| BRANDON MARTINEZ, individual and on behalf of all others similarly situated; | Case No. 1:20-CV-00773-NONE-JDP |
| Plaintiff, | ORDER GRANTING STIPULATED APPLICATION TO EXTEND TIME FOR DEFENDANT NATIONAL CREDIT ADJUSTERS, L.L.C. TO RESPOND TO INITIAL COMPLAINT |
| vs. | |
| NATIONAL CREDIT ADJUSTERS, L.L.C. and JOHN DOES 1-25, | |
| Defendants. | ECF No. 7 |

For good cause shown, it is hereby ordered that the parties' stipulated extension of time for defendant to respond to the complaint is granted. ECF No. 7. Defendant shall have up to and including September 10, 2020 to respond to plaintiff's complaint.

IT IS SO ORDERED.

Dated:    August 21, 2020    

_____

UNITED STATES MAGISTRATE JUDGE

No. 204.