**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC.,<br><br>  Defendant. | Case No. 1:20-cv-00773-NONE-HBK<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

On November 10, 2020, the parties filed a Notice of Joint Stipulation of Dismissal with Prejudice citing Fed. R. Civ. P. 41(a)(1)(A)(ii), noting each party will bear their own respective fees and costs. Accordingly, based on the parties' Joint Stipulation under Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice. *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to assign this case to a district judge and then to close this case.

IT IS SO ORDERED.

Dated:  December 2, 2020

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1